AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

USA

Lavonne Evans

**APPEARANCE**

Case Number: 08 Mag 759

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

6/19/08
Date

Signature

STEVEN M. STATSINGER
Print Name                                    Bar Number

FEDERAL DEFENDERS OF N.Y. - 52 DUANE ST - 10TH FL
Address

| NEW YORK | NY | 10007 |
| City | State | Zip Code |

(212) 417-8736                    (212) 571-0392
Phone Number                          Fax Number