# MATHEW J. MARI
ATTORNEY AT LAW

110 WALL STREET - 11TH FLOOR
NEW YORK, NEW YORK 10005
DIRECT: (212) 227-5335 • OFFICE: (212) 804-5737
FAX: (718) 836-2518 • mjmesq@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-08

July 22, 2008

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

            Re: U.S. v. Lavonne Evans
                08 CR 564
                Request to Travel

Dear Judge Rakoff:

    Lavonne Evans is currently out on bail and restricted to the Southern and Eastern Districts of New York.

    He is employed by Hillside Auto Spa, 138-45 Hillside Avenue, Queens New York. Part of his job is to transport vehicles from place to place. He usually travels to the Nade Auto Auction in Bordon Town, New Jersey, off Exit 7 on the New Jersey Turnpike once or twice per week.

    Assistant U.S. Attorney Natilie Lamarque has told me she consents to Mr. Evans traveling to New Jersey for business purposes.

    His pre-trial officer, Dennis Khilkevich, also consents to such business travel to New Jersey as long as his driver's license is valid and unrestricted.

    I therefore request that Lavonne Evans be permitted to travel back and forth to New Jersey for business purposes as required by his employer and be permitted to drive vehicles to New Jersey as long as he has a valid driver's license.

7/23
*The various applications set forth in this letter are hereby granted.*
SO ORDERED
[signature] Jed S. Rakoff
USDJ

    Mr. Evans also requests permission to travel with his fiancee' and mother of his child to Atlantic City, New Jersey to attend the Mark Kalina Jinger Leighs Magic Show at 4 p.m. on Sunday, July 27, 2008 at the Trump Marina Hotel. He must pick up the tickets by 2:00 p.m.

    P.O. Khilkevich consents to that trip if approved by the Court and wants Mr. Evans to supply him with all details prior to leaving.

    A.U.S.A. Lamarque takes no position on this matter.

    I hereby ask the Court for permission for Mr. Evans to travel from New York to Atlantic City and back on Sunday, July 27, 2008 and to supply pre-trial services with any other details required by them.

                                            Respectfully submitted,

                                            Mathew J. Mari

cc: A.U.S.A. Natalie Lamarque
     By FAX: 212-637-2527
     P.O. Dennis Khilkevich
     By FAX: 212-805-4176